1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9             **DISTRICT OF NEVADA**

10

11   YOLANDA LEAL,                          )
                                            )        Case No. 2:14-cv-00846-APG-NJK
12                    Plaintiff(s),         )
                                            )        ORDER
13   vs.                                    )
                                            )
     TARGET CORPORATION,                    )        (Docket No. 20)
14                                          )
                     Defendant(s).          )
15   ───────────────────────────────       )

16        Pending before the Court is Defendant's motion to compel.  *See* Docket No. 20.  The Court

17   hereby SETS that motion for oral argument for 2:00 p.m. on February 27, 2015, in Courtroom 3D.

18        IT IS SO ORDERED.

19        DATED:   February 25, 2015

20

21                                              _____
                                                NANCY J. KOPPE
22                                              United States Magistrate Judge

23

24

25

26

27

28