# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA LEAL,<br>　　　　　　Plaintiff(s),<br>vs.<br>TARGET CORP.,<br>　　　　　　Defendant(s). | Case No. 2:14-cv-00846-APG-NJK<br><br>ORDER |

Pending before the Court is Plaintiff's motion to depose George Allen in prison and to extend the discovery cutoff. Docket No. 51; *see also id.* at 4 (appearing to request 2 month extension to discovery cutoff). Any response shall be filed no later than August 18, 2015, and any reply shall be filed no later than August 20, 2015.

　　　　IT IS SO ORDERED.

　　　　DATED: August 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge