1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| YOLANDA LEAL, | ) | Case No. 2:14-cv-00846-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 51) |
| TARGET CORP., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Plaintiff's motion to depose George Allen in prison. Docket No. 51. The Court ordered that any response had to be filed no later than August 18, 2015. Docket No. 52. To date, no response has been filed. For good cause shown, the Court hereby **GRANTS** the motion to depose George Allen in prison. *See* Fed. R. Civ. P. 30(a)(2)(B).[1]

IT IS SO ORDERED.

DATED: August 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion also seeks a two month extension to the discovery cutoff. Docket No. 51 at 4. Concurrently herewith, the Court is granting a stipulation to extend the discovery cutoff. Accordingly, the motion to extend is hereby DENIED as moot.