1  Kym Samuel Cushing, Esq.
   Nevada Bar No. 4242
2  Douglas M. Rowan, Esq.
   Nevada Bar No. 4736
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  kym.cushing@wilsonelser.com
   douglas.rowan@wilsonelser.com
6  *Attorneys for Defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA LEAL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORP. and DOES 1 through 100; And ROE CORPORATIONS 101 through 200<br><br>　　　　　Defendant. | CASE NO.: 2:14-cv-00846-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff YOLANDA LEAL, by and through her counsel of record CHRISTOPHER D. BURK, ESQ., of BERNSTEIN & POISSON, and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER,

. . .

. . .

. . .

MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 17 day of March, 2016.  DATED this 11 day of March, 2016.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant Target Corporation

**BERNSTEIN & POISSON**

BY: _____
Christopher D. Burk, Esq.
Nevada Bar No. 008976
320 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Plaintiff
Yolanda Leal

## ORDER

IT IS SO ORDERED.

Dated: March 17, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.,
Nevada Bar No. 004242
Douglas M. Rowan, Esq.,
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

905155v.1